**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Mia Elizabeth Hartzog Blair and Markevious Deondra Blair, Defendants,

and

Chris and Katie Reid, Intervenors/Respondents,

Of whom Mia Elizabeth Hartzog Blair is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2020-000685

———————

Appeal From Richland County
Michael S. Holt, Family Court Judge

———————

Unpublished Opinion No. 2021-UP-046
Submitted February 8, 2021 – Filed February 11, 2021

———————

**AFFIRMED**

———————

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

James Fletcher Thompson, of James Fletcher Thompson, LLC, of Spartanburg, and Larry Dale Dove, of Dove Law Group, LLC, of Rock Hill, both for Respondents Chris and Katie Reid.

Scarlet Bell Moore, of Greenville, for Respondent South Carolina Department of Social Services.

Tiffany J. Lumpkin, of Richland County CASA, of Columbia, for the Guardian ad Litem.

—————————

**PER CURIAM:** Mia Elizabeth Hartzog Blair appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Blair's counsel.

**AFFIRMED.**[1]

**KONDUROS, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.